| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dale, Candy W. | 2. Court or Organization<br><br>District of Idaho | 3. Date of Report<br><br>09/02/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge--full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>James A. McClure Federal Building and Courthouse<br>550 West Fort Street<br>Boise, Idaho 83724 |
| --- |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee (Director) | College of Idaho/non-profit liberal arts college |
| 2. | Executor | ▨▨▨▨▨ Estate |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Stoel Rives--salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Idaho College of Law and ABOTA | February 3-4, 2014 | Moscow, Idaho | Civility Matters Educational program, mock interviews and class lectures | Transportation, meals and lodging |
| 2. | Idaho State Bar | August 17-18, 2014 | Moscow, Idaho | Professionalism Orientation for first year students at UI College of Law | Lodging |
| 3. | University of Idaho College of Law | October 26-27, 2014 | Moscow, Idaho | Tenure Hearing | Transportation, meals and lodging |
| 4. | University of Idaho College of Law | November 7-8, 2014 | Moscow, Idaho | Judging McNichols Moot Court competition for law students | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dale, Candy W. | 09/02/2015 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dale, Candy W. | 09/02/2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tufts University School of Medicine | Tuition | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Key Bank Accounts | A | Interest | M | T | | | | | |
| 2.   Bank of America Accounts | A | Interest | J | T | | | | | |
| 3.   Farmer's New World Life Ins (Y) | | | | | | | | | |
| 4.   New York Life--whole #1 | B | Int./Div. | L | T | | | | | |
| 5.   New York Life--whole #2 | A | Int./Div. | K | T | | | | | |
| 6.   Master Retirement Trust | B | Int./Div. | N | T | | | | | |
| 7.   Wells Fargo Accounts (Estate of Fred O. Wagahoff) | A | Interest | | | Closed | 05/29/14 | M | | |
| 8.   TD Ameritrade IRA Account #1 | | | | | | | | | |
| 9.   --DFA Five-Yr Global Portfolio Fund (DFGBX) | B | Interest | L | T | | | | | |
| 10. | A | Distribution | | | | | | | |
| 11. | A | Distribution | | | | | | | |
| 12.   --Loomis & Sayles Bond Fund (LSBDX) | D | Interest | N | T | | | | | |
| 13. | D | Distribution | | | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15.   --DFA Internat'l Small Cap Value (DISVX) | A | Dividend | K | T | | | | | |
| 16. | A | Distribution | | | | | | | |
| 17.   --PIMCO Total Return Bond Fund (PTTRX) | C | Interest | | | Sold | 09/30/14 | N | D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA Global Real Estate Fund (DFGEX) | C | Dividend | M | T | | | | | |
| 19. --DFA Inflation Protected Securities Fund (DIPSX) | | | | | Sold | 03/27/14 | L | B | |
| 20. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | A | Interest | J | T | | | | | |
| 21. --Pimco High Yield Corporate Bond ETF (HYS) | D | Interest | M | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. | B | Distribution | | | | | | | |
| 24. --Loomis and Sayles Investment Grade Fund (LIGRX) | C | Interest | M | T | Buy | 09/30/14 | M | | |
| 25. | B | Distribution | | | | | | | |
| 26. --Pimco Income Fund (PIMIX) | C | Interest | L | T | Buy | 03/28/14 | L | | |
| 27. | A | Distribution | | | | | | | |
| 28. --Vanguard Investment Grade Fund (VFIDX) | A | Interest | L | T | Buy | 09/30/14 | L | | |
| 29. | A | Distribution | | | | | | | |
| 30. | A | Distribution | | | | | | | |
| 31. --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 32. TD Ameritrade Taxable Account #1 | | | | | | | | | |
| 33. --DFA Int'l Core Equity Fund (DFIEX) | D | Dividend | M | T | Sold (part) | 12/12/14 | K | A | |
| 34. --DFA US Core Equity Fund (DFEOX) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | B | Distribution | | | | | | | |
| 36. --DFA Emerging Markets Core Equity (DFCEX) | C | Dividend | K | T | Sold (part) | 12/12/14 | M | A | |
| 37. --DFA US Large Cap Value (DFLVX) | C | Dividend | M | T | | | | | |
| 38. | A | Distribution | | | | | | | |
| 39. --DFA Tax Managed Small Cap Value Equity Fund (DTMVX) | B | Dividend | M | T | | | | | |
| 40. | D | Distribution | | | | | | | |
| 41. | A | Distribution | | | | | | | |
| 42. --DFA Tax-Managed Small Cap Equity Fund (DFTSX) | A | Dividend | L | T | | | | | |
| 43. | B | Distribution | | | | | | | |
| 44. --DFA Tax-Managed US Value (DTMMX) | C | Dividend | M | T | | | | | |
| 45. --DFA Int'l Small Cap Value (DISVX) | A | Dividend | | | Buy | 03/28/14 | K | | |
| 46. | | | | | Sold | 12/12/14 | K | A | |
| 47. --DFA Emerging Market Social Core Equity Fund (DFESX) | B | Dividend | M | T | Buy | 12/12/14 | M | | |
| 48. --Vanguard Tax-Exempt Limited Term Bond Fund (VMLUX) | A | Interest | L | T | | | | | |
| 49. --EXXON Mobil (XOM) | C | Dividend | L | T | | | | | |
| 50. --International Business Machines (IBM) | A | Dividend | K | T | | | | | |
| 51. --Union Pacific Corp (UNP) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --YUM Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 53. --DFA Int'l Core Equity - Social (DFSPX) | A | Dividend | L | T | Buy | 12/12/14 | L | | |
| 54. --Idaho Muni Bond Bk ) | B | Interest | L | T | | | | | |
| 55. --Ada &Canyon Cnty ID Sch Dist | A | Interest | K | T | | | | | |
| 56. --Canyon Cnty Id Sch | B | Interest | K | T | | | | | |
| 57. --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |
| 58. --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |
| 59. --Moscow ID SWR Rev | B | Interest | K | T | | | | | |
| 60. --Boise State Unive Id Revs | A | Interest | J | T | | | | | |
| 61. --Boise State Univ ID Revs | B | Interest | K | T | | | | | |
| 62. --Boise City Urban Renewal AG | B | Interest | K | T | | | | | |
| 63. --Canyon County ID SCH Dist#131 | B | Interest | K | T | | | | | |
| 64. --Idaho BD BK Auth Rev Bds | A | Interest | J | T | | | | | |
| 65. --Madison County ID Sch Dist No. 32 | A | Interest | K | T | | | | | |
| 66. --Puerto Rico Elec Pwr Auth. | A | Interest | | | Sold | 03/27/14 | K | A | |
| 67. --Boise City Idaho Urban Renewal Bonds | A | Interest | J | T | | | | | |
| 68. --Idaho Health Facs Hosp Rev Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | --Idaho Housing & Fin Assc | A | Interest | | | Sold | 02/19/14 | J | A | |
| 70. | --Idaho Housing & Fin Assc. | A | Interest | J | T | | | | | |
| 71. | --Idaho Housing & Fin Assc. | A | Interest | J | T | | | | | |
| 72. | --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 73. | TD Ameritrade Taxable Account #2 (Y) | | | | | | | | | |
| 74. | --TD Ameritrade Money Fund (Y) | | | | | | | | | |
| 75. | --DFA Tax-Advantaged US Core Equity II (DFTCX) (Y) | | | | | | | | | |
| 76. | | | | | | | | | | |
| 77. | --DFA TA World Ex-US Core Equity II (DFTWX) (Y) | | | | | | | | | |
| 78. | | | | | | | | | | |
| 79. | | | | | | | | | | |
| 80. | | | | | | | | | | |
| 81. | --DFA World Ex-US Core Equity I (DFWIX) (Y) | | | | | Buy | 12/12/14 | L | | |
| 82. | --Pimco Total Return Fund (PTTRX) (Y) | | | | | | | | | |
| 83. | | | | | | | | | | |
| 84. | --Chipolte Mexican Grill Inc (CMG) (Y) | | | | | | | | | |
| 85. | --Glaxosmithkline PLC (GSX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --McDonalds (MCD) (Y) | | | | | | | | | |
| 87. --Puerto Rico Elec Pwr Auth Pwr ▓▓▓▓ (Y) | | | | | | | | | |
| 88. --Pimco High Yield Corporate Bond ETF (HYS) (Y) | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. --Oppenheimer Sr. Floating Rate Fund (OOSYX) (Y) | | | | | | | | | |
| 92. --Loomis and Sayles Investment Grade Bond Fund (LIGRX) (Y) | | | | | Buy | 12/12/14 | K | | |
| 93. | | | | | | | | | |
| 94. --Loomis and Sayles Floating Rate Fund (LSFYX) (Y) | | | | | Buy | 01/13/14 | K | | |
| 95. | | | | | | | | | |
| 96. --Pimco Income Fund (PIMIX) (Y) | | | | | Buy | 03/28/14 | J | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. --Vanguard Short Term Investment Grade Fund (VFSUX) (Y) | | | | | Buy | 12/12/14 | L | | |
| 100. | | | | | | | | | |
| 101. TD Ameritrade IRA #2 | | | | | | | | | |
| 102. --TD Ameritrade Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Teco Finance Inc | B | Interest | K | T | | | | | |
| 104. --DFA International Small Cap (DISVX) | | | | | Sold | 03/28/14 | K | D | |
| 105. --DFA Inflation Prot. Sec (DIPSX) | | | | | Sold | 03/27/14 | M | A | |
| 106. --Loomis and Sayles Bond Fund (LSBDX) | C | Dividend | L | T | Buy (add'l) | 03/28/14 | K | | |
| 107. | C | Distribution | | | | | | | |
| 108. | A | Distribution | | | | | | | |
| 109. --Vanguard Int. Term Invest Grade Bond Fund (VFICX) | B | Dividend | K | T | | | | | |
| 110. | A | Distribution | | | | | | | |
| 111. | A | Distribution | | | | | | | |
| 112. --Pimco High Yield Corporate Bond Fund (HYS) | B | Interest | K | T | | | | | |
| 113. | A | Distribution | | | | | | | |
| 114. | A | Distribution | | | | | | | |
| 115. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | C | Interest | L | T | | | | | |
| 116. --Pimco Income Fund (PIMIX) | D | Interest | M | T | Buy | 03/28/14 | M | | |
| 117. | A | Distribution | | | | | | | |
| 118. | A | Distribution | | | | | | | |
| 119. Hines Real Estate Account #1 (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Roth IRA Account #1 (Y) | | | | | | | | | |
| 121.  --DFA Tax-Advantaged Core Equity II (DFTCX) (Y) | | | | | | | | | |
| 122. | A | Distribution | | | | | | | |
| 123.  Beneficiary IRA Account #1 | | | | | | | | | |
| 124.  --Athene (formerly known as Aviva) Fixed Account | A | Interest | J | T | | | | | |
| 125.  --Athene (formerly known as Aviva) 1-Yr S&P Index Up | A | Int./Div. | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 09/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 124 and 125: After Aviva Life and Annuity Company was purchased by Athene, tne company name changed as of March 3, 2014, to Athene Annuity and Life Company.

Part VII, lines 81, 92, 94, 96, and 99 were amended to reflect assets purchased during the reporting period, although none was reportable at the end of the reporting period. Owner no longer a ▮▮▮▮▮ of filer in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Candy W. Dale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544